UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

A.J.T., a minor child, by and through her Parents, A.T. and G.T.; and A.T. and G.T., individually and jointly,

Plaintiffs,

v.

Osseo Area Schools, Independent School District No. 279; and Osseo School Board,

Defendants.

Court File No. 21-cv-1760 (MJD/DTS)

**AFFIDAVIT OF AMY J. GOETZ**

---

Amy J. Goetz, under penalty of perjury, states:

1. Attached as Exhibit A are true and correct copies of five physician's letters recommending a modified school schedule for A.J.T., from the administrative record;

2. Attached as Exhibit B are true and correct copies of excerpts from the Boone County Kentucky School District educational records regarding A.J.T.'s modified school schedule;

3. Attached as Exhibit C is a true and correct copy of the Medication Administration Consent Form giving the District Nurse permission to consult with A.J.T.'s physician, from the administrative record;

4. Attached as Exhibit D is a true and correct copy of the IEP Team meeting notes from October, 2015, from the District's educational records for A.J.T.,

documenting the first complaint of disability discrimination, from the administrative record;

5. Attached as Exhibit E is a true and correct copy of the Independent Educational Evaluation Report dated May 29, 2019, prepared by Joe Reichle, Ph.D., from the administrative record;

6. Attached as Exhibit F are true and correct copies of the Expert Computation of Damages Report with Exhibits dated March 11, 2022; the Expert Rebuttal Report dated April 22, 2022; and the Supplemental Expert Report dated July 14, 2022, prepared by Joe Reichle, Ph.D., and served on the District in the course of discovery; and

7. Attached as Exhibit G is a true and correct copy of the Exhibits corresponding to the transcript from the Deposition of Katheryn A. Emmons, Director of Student Services and Section 504 Coordinator for the District, taken February 14, 2022, [Doc. 33].

Date: August 18, 2022 By: *s/ Amy J. Goetz*