# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

January 17, 2025

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO 63102-1125

Re: A. J. T., By and Through Her Parents, A. T. & G. T.
v. Osseo Area Schools, Independent School District No. 279, et al.
No. 24-249
(Your No. 23-1399)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted.

Sincerely,

Scott S. Harris, Clerk