UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

A.J.T., a minor child, by and through her Parents, A.T. and G.T.; and A.T. and G.T., individually and jointly,

Plaintiffs,

v.

Osseo Area Schools, Independent School District No. 279, and Osseo School Board,

Defendants.

Civil File No. 21-CV-01760 (MJD/DTS)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs A.J.T., A.T., and G.T. and Defendants Independent School District No. 279, Osseo Area Schools and the Independent School District No. 279 School Board, by and through their undersigned counsel of record, hereby stipulate and agree that all claims asserted in this action, having been fully and finally settled between Plaintiffs and Defendants, may be dismissed with prejudice, on the merits and without further disbursements, fees, or costs to any party, and that an Order to that effect may be entered without further notice or hearing.

[SIGNATURE BLOCKS ON NEXT PAGE]

**SCHOOL LAW CENTER, LLC**

Dated: October 9, 2025

By: */s/ Amy J. Goetz*

Amy J. Goetz (#214711)
Brien D. Drake (#504606)
520 Fifth Street South
Stillwater, MN 55082
(651) 222-6288
agoetz@schoollawcenter.com
bdrake@schoollawcenter.com

**ATTORNEYS FOR PLAINTIFFS**

**RATWIK, ROSZAK & MALONEY, P.A.**

Dated: November 17, 2025

By: */s/ Laura Tubbs Booth*

Laura Tubbs Booth (#186910)
Christian R. Shafer (#387947)
Adam J. Frudden (#400068)
444 Cedar St., Suite 2100
St. Paul, MN 55101
(612) 339-0060
ltb@ratwiklaw.com
crs@ratwiklaw.com
ajf@ratwiklaw.com

**ATTORNEYS FOR DEFENDANTS**