UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

A.J.T., a minor child, by and through her Parents, A.T. and G.T.; and A.T. and G.T., individually and jointly,

Plaintiffs,

v.

Osseo Area Schools, Independent School District No. 279, and Osseo School Board,

Defendants.

Civil File No. 21-CV-01760 (MJD/DTS)

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to the parties' Stipulation of Dismissal with Prejudice, IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE, on the merits, without cost or disbursements to any party.

Dated: November _____, 2025

BY THE COURT:

______________________________
Michael J. Davis
U.S. District Judge, District of Minnesota