UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

A.J.T., a minor child, by and through her Parents, A.T. and G.T.; and A.T. and G.T., individually and jointly,

Plaintiffs,

v.

Osseo Area Schools, Independent School District No. 279, and Osseo School Board,

Defendants.

Civil File No. 21-CV-01760 (MJD/DTS)

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to the parties' Stipulation of Dismissal with Prejudice [Doc. 78], **IT IS HEREBY ORDERED** that this action is **DISMISSED with prejudice**, on the merits, without cost or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 25, 2025

BY THE COURT:

s/Michael J. Davis
Michael J. Davis
United States District Court